

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGE, STRUCTURAL AND REINFORCING IRON WORKERS LOCAL # 1, | ) ) ) ) | |
| Plaintiff, | ) ) | 09 CV 3357 |
| v. | ) ) ) | Judge Kennelly |
| D & B CONSTRUCTION and KEVIN DANTZLER d/b/a D & B CONSTRUCTION, a sole proprietorship, LONNIE DANTZLER d/b/a D & B CONSTRUCTION a sole proprietorship, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This cause coming to be heard on Plaintiff's Motion for Summary Judgment, the matter being fully briefed, it is hereby ordered:

1. Plaintiff's Motion for Summary Judgment is granted for the reasons stated in open court on March 4, 2010;

2. The award of the Joint Arbitration Board is affirmed;

3. Judgment is entered in favor of Bridge, Structural and Reinforcing Iron Workers Local Union #1 and against Defendants D & B CONSTRUCTION and LONNIE DANTZLER jointly and severally in the amount of $55,000.00;

4. Defendant KEVIN DANTZLER is dismissed without prejudice; and

5. The Court expressly finds that there is no just cause in delaying enforcement of this Order

ENTERED:

_____
Matthew F. Kennelly
UNITED STATES DISTRICT JUDGE

DATE: 3-18-10